ESEN CORPORATION *v*. EMSES, INC., ET AL.

The application by the law firm of Ribicoff and Kotkin to withdraw its appearance for the plaintiff in the appeal from the Superior Court in Hartford County is granted.

*Richard G. Shechtman,* for the appellee (plaintiff).

Argued March 5—decided March 5, 1968

STATE OF CONNECTICUT *v*. MATTHEW COSTELLO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*William K. Bennett,* in support of the petition.

*Arnold Markle,* chief prosecuting attorney, in opposition.

Submitted February 13—decided March 6, 1968

GEORGE R. STILES ET AL. *v*. TOWN COUNCIL OF WEST HARTFORD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*William C. Bieluch,* for the appellees (plaintiffs).

*Russell L. Post, Jr.,* for the appellants (defendants).